**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 NOV 20 AM 12: 00

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR436 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | INDICTMENT |
| | ) | (21 U.S.C. § 846) |
| SHON BLACKSTOCK, | ) | |
| GRAINGER BROWNE, | ) | |
| | ) | |
| Defendants. | ) | |

The Grand Jury Charges:

## COUNT I

Beginning on or about July, 2013, and continuing to on or about October, 2013, in the District of Nebraska, the defendants, SHON BLACKSTOCK, and GRAINGER BROWNE, knowingly and intentionally, combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute and possess with intent to distribute Oxymorphone, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____
FOREPERSON

_____
ROBERT C. STUART
Acting United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant U.S. Attorney