# MEMORANDUM

**TO:**     CLERK, U.S. DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

**FROM:**   s/Kimberly C. Bunjer
           ASSISTANT U.S. ATTORNEY
           DISTRICT OF NEBRASKA

**RE:**     UNSEALING OF INDICTMENT IN 8:13CR436

**DATE:**   November 26, 2013


    Be advised that Defendants, Shon Blackstock and Grainer Brown, named in the indictment listed above are now in custody or have been released pending trial. You may now unseal the indictment listed above pursuant to Fed. R. Crim. P. 6(e)(4).