IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR436 |
| Plaintiff, | ) | |
| v. | ) | **UNOPPOSED MOTION TO CONTINUE TRIAL** |
| GRAINGER BROWNE, | ) | |
| Defendant. | ) | |

The Defendant, Grainger Browne, by and through his attorney, Shannon P. O'Connor, requests the Court continue the January 28, 2014 trial date. In addition to having several trials scheduled in the same two week period, counsel has had insufficient time to complete his investigation in preparation for trial. Counsel has been in contact with courtroom staff and learned that the next available trial date should Mr. Browne's case be continued, is March 11, 2014. Mr. Browne is not incarcerated. The docket entries indicate that the lone co-defendant is not incarcerated. The government has no objection to this motion. The Defendant has been fully advised of his right to a speedy trial and knowingly and voluntarily waives that right until March 11, 2014 or as soon as the Court's schedule permits after that date.

WHEREFORE, the Defendant requests the Court continue the January 28, 2014 trial until March 11, 2014.

GRAINGER BROWNE, Defendant,

By:   s/ Shannon P. O'Connor
**SHANNON P. O'CONNOR**
**First Assistant Federal Public Defender**
222 South 15th Street, Suite 300N
Omaha, NE 68102
(402) 221-7896
e-mail: shannon_o'connor@fd.org

## Certificate of Service

      I hereby certify that on January 15, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

                                                             s/ Shannon P. O'Connor