PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

v.  Docket # 8:13CR436

**Grainger Browne**

On July 14, 2014, Mr. Browne was sentenced to 15 months custody, to be followed by 3 years of supervised release. The period of supervised release commenced on May 15, 2015. Mr. Browne has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mr. Browne be discharged from supervision.

Respectfully submitted,

*Jacquelyn C. Fischer*

Jacquelyn C. Fischer
U.S. Probation and Pretrial Services Officer Assistant

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _19th_ day of _July_, 2017.

The Honorable Laurie Smith Camp
Chief United States District Judge